LILLIAN M. ROWELL, Appellant, *v.* JOHN HUTZLER LUMBER COMPANY, INC., et al., Respondents, Impleaded with Others.

FRANK S. ROWELL, Appellant, *v.* JOHN HUTZLER LUMBER COMPANY, INC., et al., Respondents, Impleaded with Others.

(Argued November 20, 1930; decided December 4, 1930.)

*Carlton E. Ladd* for appellants.

*Frank Gibbons* for respondents.

Judgment in each action affirmed, with costs, on the ground that the evidence fails to establish negligence or other wrong on the part of the defendants, the owners of the building, who had parted with possession; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.